UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. _____

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 76.243.207.55, an individual,

    Defendant.

_____/

### **NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, Plaintiff's parent corporation is General Media Systems, LLC. There are no publicly traded corporations that currently own 10% or more of Plaintiff's stock.

Dated: February 3, 2020

Respectfully submitted,

/s/ *Rachel E. Walker*_____
Rachel E. Walker (FL Bar No. 111802)
SMGQ LAW
218 NW 24th Street
Miami, FL 33127
Tel.: 305-377-1000
Fax: 855-327-0391
Email: rwalker@smgqlaw.com

*Attorneys for Plaintiff*