**Exhibit A to the Complaint**

**Location:** Miami, FL  
**Total Works Infringed:** 37

**IP Address:** 76.243.207.55  
**ISP:** AT&T U-verse

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 94A9D2E22A9B4ACF81A5EC69EE4DCA10983CAF23 | 10/10/2019 07:29:13 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 2 | DD83AC897A4FD8B1B938F028E4B3C78C1897F531 | 10/10/2019 07:22:45 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |
| 3 | 119DC446BEBFEDD1A5069582FD23FE358C78F4F9 | 10/10/2019 07:21:30 | Blacked Raw | 10/04/2019 | 10/21/2019 | PA0002207780 |
| 4 | D68A56AFA3C8466367AC26114A4FBAC12B108446 | 09/08/2019 20:46:43 | Vixen | 07/08/2019 | 09/10/2019 | PA0002199411 |
| 5 | D40B0124AFF607323BD170850E10CBD7AA0D6B2A | 09/08/2019 20:38:59 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 6 | B14825E72301FD4762DB2D4ADC2D8CFE919D81E4 | 09/05/2019 17:08:40 | Vixen | 09/01/2019 | 09/17/2019 | PA0002216134 |
| 7 | 741250B3FD4EEBF0CA12FBD69B065FA02B6DE92B | 09/04/2019 17:16:44 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |
| 8 | FAFB53A5AEE4747501A2864575151060773701DE | 07/23/2019 18:33:14 | Vixen | 07/18/2019 | 09/10/2019 | PA0002199410 |
| 9 | E1DAD6E7C7EFD6242FAD1705FB59F6F5F237C315 | 07/14/2019 08:29:22 | Blacked | 06/19/2019 | 08/27/2019 | PA0002213298 |
| 10 | EC9B82EF5FCE5AB3C85A2DB16421551552D77309 | 06/27/2019 05:30:16 | Tushy | 05/16/2019 | 07/05/2019 | PA0002206381 |
| 11 | 1E30CD089A57F0DDC28EA43870B6C93F25DC8498 | 06/25/2019 16:21:44 | Blacked Raw | 09/14/2018 | 11/01/2018 | PA0002143423 |
| 12 | E3A82D4DA317FAA4FFFF1B80E3640106C5331296 | 06/08/2019 00:55:21 | Blacked Raw | 06/06/2019 | 08/02/2019 | PA0002192288 |
| 13 | 1D708D29540D8AAAB3D0BFC0546C54D3C148CD5C | 05/28/2019 05:49:24 | Tushy | 05/21/2019 | 06/17/2019 | PA0002181294 |
| 14 | 51682A318154C7BFEFEB2B3EA3B3EC62D9A7345A | 05/23/2019 06:49:07 | Vixen | 05/19/2019 | 06/13/2019 | PA0002180953 |
| 15 | 45F23A594FF05FDE4FB090313992CC42C3855FE8 | 05/23/2019 06:37:25 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 16 | C251F0912F225FAB5C1D4F26FFB8CB32C5AB789E | 05/23/2019 06:36:12 | Tushy | 04/21/2019 | 06/03/2019 | PA0002178776 |
| 17 | 3A052C88064A0654BAA455E362874F8F3ECF1639 | 05/09/2019 17:26:22 | Blacked Raw | 05/02/2019 | 05/28/2019 | PA0002200769 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | E812DF0945C53CFCC5C439B9B6F22A3AF95B0519 | 05/09/2019 17:24:09 | Tushy | 04/11/2019 | 05/11/2019 | PA0002173890 |
| 19 | 23279AF84F7E80A8AAABD3EA6654B2CBB36E9189 | 04/19/2019 06:36:56 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |
| 20 | E474F829786D99F77071D695C1E640049D946C7C | 04/15/2019 19:28:05 | Blacked | 04/05/2019 | 04/29/2019 | PA0002169966 |
| 21 | B50AA38F352CBEAB7C12CA61A52291D765379B29 | 03/09/2019 10:29:02 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 22 | BC5B1CC86CB3B39B28629ED2057BFAC714B14856 | 02/24/2019 20:46:22 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 23 | CEBE8DAE87216EA341D1D1FF17562BCA43F11ED0 | 02/22/2019 11:02:59 | Tushy | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 24 | 2AB0750081088BB1557DE1AE4FD0FBFCD159DC7D | 02/14/2019 20:00:50 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 25 | 98F09643766D5D561E986EFEB5BBA4F6BE98517E | 02/14/2019 19:59:36 | Tushy | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 26 | 674C80192CE7D8D62ADB17E3B67B746B06119A9E | 02/14/2019 19:59:34 | Tushy | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 27 | 650F857E696B63F0B9346A314CF85FEC5839E077 | 02/14/2019 10:29:58 | Tushy | 11/27/2018 | 01/22/2019 | PA0002149851 |
| 28 | DFCF872DAE24946212E277A9DB4AF05DE42B3F42 | 02/07/2019 13:28:28 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 29 | EAF5E1A18E060483C270E84E8F3A5E30AB6A1567 | 02/07/2019 13:22:35 | Blacked Raw | 10/29/2018 | 12/10/2018 | PA0002145837 |
| 30 | CBC5F79C5BD29068E14A8A9BC27F9F6262CD2C83 | 02/07/2019 12:07:04 | Tushy | 05/01/2018 | 06/19/2018 | PA0002126640 |
| 31 | D2D3717240DE04C69F1F9BDA6C7356C8421BBABE | 02/07/2019 11:51:15 | Blacked | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 32 | D26F8A6AF8B93FCCD98C1DDA353A3BF0E81EB354 | 02/07/2019 11:50:02 | Blacked | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 33 | DED0A19310C430066DA584DFF6FFE474EC3D7A5C | 02/04/2019 19:56:37 | Blacked Raw | 11/08/2018 | 12/10/2018 | PA0002145833 |
| 34 | 28FACCADEA01ADA07BCD69A3C009CD2B5223435A | 01/20/2019 19:20:10 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 35 | 336464C0DCDFE156D9397782E9DDACEF48464CAB | 01/01/2019 11:34:41 | Tushy | 11/02/2018 | 12/10/2018 | PA0002145834 |
| 36 | 7A25B42965397713315AA5C087BB85D372D1288E | 12/25/2018 13:45:02 | Tushy | 11/12/2018 | 12/10/2018 | PA0002145826 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | CA739F5A51E1023029D9F4E859F0DF9CD9B6BD77 | 12/25/2018 09:33:07 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |